**Order filed June 27, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-13-00344-CV
_____

**SOUTH POOL & SPA, INC., Appellant**

**V.**

**WATER SPLASH, INC., Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13-CV-0205**

---

## O R D E R

Appellant's brief was due June 19,, 2013**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **July 30, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM